

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY** ® **MAIL**

Ihellye Strickland
6445 S maple Ave, 2006
Tempe, AZ 85283

RECEIVED BY MAIL
JUL 2 8 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Diana E. Murphy
United States Courthouse
300 South Fourth St Suite 202
Minneapolis mn 55415

B/C
7/26

X-RAYED BY USMS

SCANNED
JUL 2 8 2025
U.S. DISTRICT COURT MPLS



**UNITED STATES POSTAL SERVICE.**    *Retail*

P   **US POSTAGE PAID**
    **$16.00**   Origin: 85284
                 07/24/25
                 0384390802-09

**PRIORITY MAIL®**

1 Lb 13.90 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 07/28/25

C093

SHIP
TO:
STE 202
300 S 4TH ST
MINNEAPOLIS MN 55415-2263

**USPS TRACKING® #**

9505 5125 9396 5205 8886 16

**VISIT US AT USP**
ORDER FREE SUPPL

For Domestic shipments, the maximum **weight is 70 lbs.** For international shipments, the maximum **weight is 4 lbs.**