Kellye Strickland

6445 S Maple Ave, 2006

Tempe, AZ 85282

kellye.sundar@gmail.com

(603) 892-8666

July 23, 2025

To:

Clerk of Court

U.S. District Court – District of Minnesota

Warren E. Burger Federal Building

316 N. Robert Street

St. Paul, MN 55101

Re: Request for Issuance of Summonses – Strickland v. Ramsey County et al.

Case No.: 0:25-cv-02056-DWJ-DJF

Dear Clerk of Court:

Please find enclosed the completed summons forms (AO 440) for each named Defendant listed below; Because the Amended Complaint significantly restructures the Defendant list, and no service has yet been executed, I respectfully request that the Clerk of Court issue new summonses for each of the following Defendants:

RAMSEY COUNTY, a local government entity

BARNA, GUZY & STEFFEN, LTD., a Minnesota professional corporation

Referee ELIZABETH CLYSDALE, in her individual capacity

Referee JENESE LARMOUTH (Doe 1), in her individual capacity

Referee REBECCA ROSSOW (Doe 2), in her individual capacity

Referee VICTORIA ELSMORE (Doe 3), in her individual capacity

NICOLE RUEGER, in her individual and official capacities

Deputy CORINA LOYA, in her official capacity only

KYLE MANDERFELD (Doe 4), in his individual capacity only

Thank you for your assistance.

Respectfully submitted,

/s/ Kellye Strickland

Plaintiff, Pro Se