UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, | Court File No. 25-cv-02056 (DWF/DJF) |
| Plaintiff, | |
| vs. | |
| Ramsey County, et al., | **NOTICE OF APPEARANCE OF MATT MASON** |
| Defendants. | |

TO: *PRO SE* Plaintiff Kellye Strickland, The Administrator of the Above-Named Court, and All Counsel of Record.

PLEASE TAKE NOTICE that the undersigned notifies the Court and counsel that Matt Mason, Assistant Attorney General, shall appear as counsel of record for Defendants Referee Elizabeth Clysdale, Referee Jenese Larmouth, Referee Rebecca Rossow, Referee Victoria Elsmore, and Nicole Rueger in the above-entitled action.

*Signature on following page*

Dated: August 14, 2025                    Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Matt Mason
MATT MASON
Assistant Attorney General
Atty. Reg. No. 0397573

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1477 (Voice)
(651) 282-5832 (Fax)
matt.mason@ag.state.mn.us

ATTORNEYS FOR JUDICIARY
DEFENDANTS

|#6136380-v1