## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, | Court File No.: 25-cv-02056 (DWF/DJF) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Ramsey County, et al., | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and Plaintiff that Brett Bacon shall appear as counsel of record for Defendant Ramsey County in this case.

Date: September 2, 2025

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

By:   */s/ Brett Bacon*
    Brett Bacon (#0400776)
Assistant Ramsey County Attorney
360 Wabasha St. N., Suite 100
Saint Paul, MN 55101
Telephone: 651-266-3211
Brett.bacon@co.ramsey.mn.us
*Attorney for Ramsey County Defendant*