## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ramsey County, et al.,<br><br>　　　　　　Defendants. | Court File No.: 25-cv-02056 (DWF/DJF)<br><br>**RAMSEY COUNTY DEFENDANTS'<br>MOTION TO DISMISS** |

TO: Plaintiff, Kellye Strickland, *pro se*, 6445 S. Maple Ave., 2006, Tempe, AZ 85283.

Ramsey County Defendants hereby move the Court for an Order dismissing Plaintiff's claims in their entirety and with prejudice as to Ramsey County Defendants.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based upon all files, records, and proceedings, including Ramsey County Defendants' Memorandum of Law. The undersigned does not request oral argument for this motion.

Date: September 2, 2025

**JOHN J. CHOI
RAMSEY COUNTY ATTORNEY**

By: */s/ Brett Bacon*
　　Brett Bacon (#0400776)
Assistant Ramsey County Attorney
360 Wabasha St. N., Suite 100
Saint Paul, MN 55101
Telephone: 651-266-3211
Brett.bacon@co.ramsey.mn.us

*Attorney for Ramsey County Defendant*