**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kellye Strickland,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ramsey County, et al.,<br><br>　　　　Defendants. | Court File No.: 25-cv-02056 (DWF/DJF)<br><br>**MEET AND CONFER STATEMENT** |

　　I certify that I conferred with pro se Plaintiff Kellye Strickland by email on Friday, August 29, 2025, regarding the relief sought by Defendants Ramsey County and Deputy Sheriff Loya. The parties do not agree to the resolution of any part of the motion.

Date: September 2, 2025

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

By:　*/s/ Brett Bacon*
　　Brett Bacon (#0400776)
Assistant Ramsey County Attorney
360 Wabasha St. N., Suite 100
Saint Paul, MN 55101
Telephone: 651-266-3211
Brett.bacon@co.ramsey.mn.us
*Attorney for Ramsey County Defendant*