## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>　　　　　Plaintiff,<br>v.<br><br>Ramsey County, et al.,<br><br>　　　　　Defendants. | Court File No.: 25-cv-02056 (DWF/DJF)<br><br>**LR 7.1(f) WORD COUNT<br>COMPLIANCE CERTIFICATE** |

I, Brett Bacon, certify that Ramsey County Defendants' Memorandum in Support of Motion to Dismiss, Complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word, Version 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, but excluding the caption and signature block in the following word count.

I further certify that the above-referenced memorandum contains 3,717 words as indicated by the "Word Count" tool of said program.

|  |  |
|---|---|
|  | **JOHN J. CHOI**<br>**RAMSEY COUNTY ATTORNEY** |
| Dated: September 2, 2025 | By: */s/ Brett Bacon*<br>Brett Bacon (#0400776)<br>Assistant Ramsey County Attorneys<br>360 Wabasha Street N, Suite 100<br>St. Paul, MN 55102<br>(651) 266-3211 (Bacon)<br>brett.bacon@co.ramsey.mn.us |
|  | **ATTORNEY FOR RAMSEY**<br>**COUNTY DEFENDANTS** |