UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, | Court File No.: 25-cv-02056 (DWF/DJF) |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Ramsey County, et al., | |
| Defendants. | |

Based upon Ramsey County Defendants' Motion to Dismiss and the accompanying memoranda of law, as well as all of the pleadings, records, and files herein,

IT IS ORDERED:

1. That Ramsey County Defendants' Motion to Dismiss is GRANTED; and

2. Ramsey County Defendants are dismissed in their entirety and with prejudice.

LET JUDGMENT BE ENTERED ACCORDNGLY

Date:_____

_____
**Honorable Donovan W. Frank**
United States District Court Judge
District of Minnesota