# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, | Court File No.: 25-cv-02056 (DWF/DJF) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION** |
| Ramsey County, et al., | |
| Defendants. | |

TO: Kellye Strickland, *pro se*, 6445 S. Maple Ave., 2006, Tempe, AZ 85283.

**PLEASE TAKE NOTICE** that on a date to be determined, the Honorable Donovan W. Frank, Senior Judge of the United States District Court, District of Minnesota, the undersigned will bring a motion asking the Court to dismiss Plaintiff's Complaint in its entirety and with prejudice pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure**.** This Motion will be considered on the papers without oral argument unless the Court determines there is a specific need to hold a hearing.

Date:  September 2, 2025

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

By:  */s/ Brett Bacon*
     Brett Bacon (#0400776)
Assistant Ramsey County Attorney
360 Wabasha St. N., Suite 100
Saint Paul, MN 55101
Telephone: 651-266-3211
Brett.bacon@co.ramsey.mn.us
*Attorney for Ramsey County Defendant*