UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, <br><br> Plaintiff, <br><br> v. <br><br> RAMSEY COUNTY, <br> a local government entity, <br> BARNA, GUZY & STEFFEN, LTD., <br> a Minnesota professional corporation, <br> Referee JENESE LARMOUTH (Doe 1), <br> in her individual capacity, <br> Referee REBECCA ROSSOW (Doe 2), <br> in her individual capacity, <br> Referee VICTORIA ELSMORE (Doe 3), <br> in her individual capacity, <br> NICOLE RUEGER, <br> in her individual and official capacities, <br> Deputy CORINA LOYA, <br> in her official capacity only, <br> KYLE MANDERFELD (Doe 4), <br> in his individual capacity only, <br> JOHN AND JANE DOE 5-10, <br> in their individual capacities, <br><br> Defendants. | Case File No. 0:25-cv-02056-DWF-DJF <br><br> NOTICE OF APPEARANCE |

The undersigned attorney hereby notifies the Court and Plaintiff that Bradley A. Kletscher shall appear as counsel of record for Defendants Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld.

                                BARNA, GUZY & STEFFEN LTD.

Dated: September 3, 2025        By: s/Bradley A. Kletscher
                                               Bradley A. Kletscher #239355
                                               200 Coon Rapids Boulevard, Suite 400
                                               Minneapolis, MN 55433
                                               bkletscher@bgs.com
                                               (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4729647.1