UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, <br><br> Plaintiff, <br> v. <br><br> RAMSEY COUNTY, <br> a local government entity, <br> BARNA, GUZY & STEFFEN, LTD., <br> a Minnesota professional corporation, <br> Referee JENESE LARMOUTH (Doe 1), <br> in her individual capacity, <br> Referee REBECCA ROSSOW (Doe 2), <br> in her individual capacity, <br> Referee VICTORIA ELSMORE (Doe 3), <br> in her individual capacity, <br> NICOLE RUEGER, <br> in her individual and official capacities, <br> Deputy CORINA LOYA, <br> in her official capacity only, <br> KYLE MANDERFELD (Doe 4), <br> in his individual capacity only, <br> JOHN AND JANE DOE 5-10, <br> in their individual capacities, <br><br> Defendants. | Case File No. 0:25-cv-02056-DWF-DJF <br><br><br> DEFENDANT <br> BARNA, GUZY & STEFFEN, LTD.'S <br> MOTION TO DISMISS |

TO: Plaintiff Kellye Strickland, pro se, 6445 South Maple Avenue Apt. 2006, Tempe, AZ 85283

Defendant Barna Guzy & Steffen, Ltd hereby moves the Court for an Order dismissing all Counts of Plaintiff's Complaint against Defendant Barna Guzy & Steffen with prejudice.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6) and is based upon all files, records and proceedings

                                  BARNA, GUZY & STEFFEN LTD.

Dated: September 3, 2025        By: s/Bradley A. Kletscher
                                              Bradley A. Kletscher #239355
                                              200 Coon Rapids Boulevard, Suite 400
                                              Minneapolis, MN  55433
                                              bkletscher@bgs.com
                                              (763)780-8500
                                     *Attorneys for Barna, Guzy & Steffen, Ltd.*
                                     *and Kyle Manderfeld*

4729125.1