UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                    Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                    Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br><u>NOTICE OF HEARING ON<br>DEFENDANT<br>BARNA, GUZY & STEFFEN, LTD.'S<br>MOTION TO DISMISS</u> |

TO:   Plaintiff Kellye Strickland, pro se, 6445 South Maple Avenue Apt. 2006, Tempe, AZ  85283

PLEASE TAKE NOTICE that at a date and time to be determined, before the Honorable Donovan W. Frank, at the Warren F. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, MN  55101, Defendant Barna Guzy & Steffen,

Ltd.'s will bring a motion to all Counts of Plaintiff's Complaint against Defendant Barna Guzy & Steffen with prejudice.

                                              BARNA, GUZY & STEFFEN LTD.

Dated: September 3, 2025        By: s/Bradley A. Kletscher
                                            Bradley A. Kletscher #239355
                                            200 Coon Rapids Boulevard, Suite 400
                                            Minneapolis, MN  55433
                                            bkletscher@bgs.com
                                            (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4729609.1