UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                              Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                              Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br>DEFENDANT<br>KYLE MANDERFELD'S<br>MOTION TO DISMISS |

TO:   Plaintiff Kellye Strickland, pro se, 6445 South Maple Avenue Apt. 2006, Tempe, AZ  85283

Defendant Kyle Manderfeld hereby moves the Court for an Order dismissing all Counts of Plaintiff's Complaint against Defendant Kyle Manderfeld with prejudice.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6) and is based upon all files, records and proceedings

BARNA, GUZY & STEFFEN LTD.

Dated: September 3, 2025     By: s/Bradley A. Kletscher
                                Bradley A. Kletscher #239355
                                200 Coon Rapids Boulevard, Suite 400
                                Minneapolis, MN 55433
                                bkletscher@bgs.com
                                (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4729639.1