UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                    Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                    Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br><br><u>NOTICE OF HEARING ON<br>DEFENDANT<br>KYLE MANDERFELD'S<br>MOTION TO DISMISS</u> |

TO:   Plaintiff Kellye Strickland, pro se, 6445 South Maple Avenue Apt. 2006, Tempe, AZ  85283

   PLEASE TAKE NOTICE that at a date and time to be determined, before the Honorable Donovan W. Frank, at the Warren F. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, MN  55101, Defendant Kyle Manderfeld will

bring a motion to all Counts of Plaintiff's Complaint against Defendant Kyle Manderfeld with prejudice.

                              BARNA, GUZY & STEFFEN LTD.

Dated: September 3, 2025       By: s/Bradley A. Kletscher
                                    Bradley A. Kletscher #239355
                                    200 Coon Rapids Boulevard, Suite 400
                                    Minneapolis, MN  55433
                                    bkletscher@bgs.com
                                    (763)780-8500
*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4729636.1