UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                              Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                              Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br>**AFFIDAVIT OF<br>BRADLEY A. KLETSCHER** |

STATE OF MINNESOTA )
                                    ) ss.
COUNTY OF ANOKA    )

I, Bradley A. Kletscher, first being duly sworn on oath, deposes and states as follows:

1. I am an attorney representing Defendants Barna, Guzy & Steffen, Ltd., and Kyle T. Manderfeld in the above-referenced matter. I make the following testimony based upon my own personal knowledge.

2. On August 15, 2025, a copy of the summons and amended complaint was left with Marcy J. Hamberg. Ms. Hamberg is a legal assistant at Barna, Guzy & Steffen, Ltd. Ms. Hamberg is not authorized to accept service of process of lawsuits on behalf of Barna, Guzy & Steffen, Ltd.

3. Barna, Guzy & Steffen, Ltd. has not been personally served with the Amended Complaint in this matter.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of Plaintiff's Amended Complaint with page numbers added.

5. Attached hereto as **Exhibit 2** is a true and accurate copy of the June 10, 2025, Office of Lawyers Professional Responsibility determination.

6. Attached hereto as **Exhibit 3** is a true and accurate copy of Plaintiff's appeal to the Office of Lawyers Professional Responsibility dated July 3, 2025.

7. Attached hereto as **Exhibit 4** is a true and accurate copy of the July 22, 2025 determination from the Office of Lawyers Professional Responsibility affirming the previous Director's decision.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 9/5/25

By: _____
Bradley A. Kletscher

Subscribed and sworn to before me
this 5th day of September, 2025.

_____
Notary Public

Debra Lynn Medina
Notary Public
Minnesota
My Commission Expires January 31, 2030

4730733.1