## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland, | Case File No. 0:25-cv-02056-DWF-DJF |
| Plaintiff, | |
| v. | |
| RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities, | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| Defendants. | |

I certify that Kyle Manderfeld's Memorandum in Support of Motion to Dismiss complies with Local Rule 7.1(f). The Memorandum contains 4,600 words, exclusive of the caption and signature block. The word count function was applied to include all text, including headings, footnotes and quotations. This document was prepared using Office 365 and is set in Times New Roman 13 pt. font.

BARNA, GUZY & STEFFEN LTD.

Dated: September 5, 2025

By: s/Bradley A. Kletscher
      Bradley A. Kletscher #239355
      200 Coon Rapids Boulevard, Suite 400
      Minneapolis, MN  55433
      bkletscher@bgs.com
      (763)780-8500
      *Attorneys for Barna, Guzy & Steffen, Ltd.*
      *and Kyle Manderfeld*

4731668.1