UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>Plaintiff,<br><br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br>**AFFIDAVIT OF**<br>**KYLE T. MANDERFELD** |

STATE OF MINNESOTA )
                         ) ss.
COUNTY OF ANOKA    )

I, Kyle T. Manderfeld, first being duly sworn on oath, deposes and states as follows:

1.    I am an attorney at the firm Barna, Guzy & Steffen, Ltd. I make the following testimony based upon my own personal knowledge.

2.    On August 15, 2025, a copy of the Summons and Amended Complaint was left with Marcy J. Hamberg. Ms. Hamberg is a legal assistant at Barna, Guzy & Steffen, Ltd. Ms. Hamberg is not authorized to accept service of process of lawsuits on behalf of me individually.

3.    I have not been personally served with the Amended Complaint in this matter.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


Dated: __9/4/2025__                                   By:_____

Kyle T. Manderfeld


Subscribed and sworn to before me
this __4__ day of September, 2025.

_____
Notary Public

Debra Lynn Medina
Notary Public
Minnesota
My Commission Expires January 31, 2030

4730990.1