UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>      Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>      Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br>**MEET AND CONFER STATEMENT** |

I certify that I conferred with pro se Plaintiff Kellye Strickland by written correspondence sent via U.S. Mail on September 4, 2025, regarding the relief sought by Defendants Barna Guzy & Steffen, Ltd. and Kyle Manderfeld. The parties have not agreed to the resolution of any part of the motion.

                        BARNA, GUZY & STEFFEN LTD.

Dated: September 5, 2025       By: s/Bradley A. Kletscher
                                        Bradley A. Kletscher #239355
                                        200 Coon Rapids Boulevard, Suite 400
                                        Minneapolis, MN  55433
                                        bkletscher@bgs.com
                                        (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4731642.1