UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br>**ORDER FOR DISMISSAL** |

Based upon Kyle Manderfeld's Motion to Dismiss, Memorandum of Law and all of the pleadings, records and files herein,

IT IS ORDERED:

1. Kyle Manderfeld's Motion to Dismiss is granted; and

2. The claims against Kyle Manderfeld are dismissed in their entirety and with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated:_____, 2025    By: _____
                                          Honorable Donovan W. Frank

4731694.1