UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                    Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                    Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br>**CERTIFICATE OF SERVICE** |

I certify that on September 4, 2025, I caused the following:

1. Notice of Appearance
2. Barna Guzy & Steffen's Motion to Dismiss
3. Barna Guzy & Steffen's Notice of Hearing on Motion to Dismiss
4. Kyle Manderfeld's Motion to Dismiss
5. Kyle Manderfeld's Notice of Hearing on Motion to Dismiss

to be sent by U.S. Mail to Plaintiff at the following address:

Kellye Strickland
6445 South Maple Avenue, Apt. 2006
Tempe, AZ  85283

                                    BARNA, GUZY & STEFFEN LTD.

Dated:  September 4, 2025        By:  s/Bradley A. Kletscher
                                        Bradley A. Kletscher #239355
                                        200 Coon Rapids Boulevard, Suite 400
                                        Minneapolis, MN  55433
                                        bkletscher@bgs.com
                                        (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4730943.1