UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                          Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                          Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br>**CERTIFICATE OF SERVICE** |

I certify that on September 5, 2025, I caused the following:

    1. Barna Guzy & Steffen's Memorandum in Support of Motion to Dismiss
    2. Affidavit of Bradley A. Kletscher
    3. Proposed Order for Dismissal
    4. Kyle Manderfeld's Memorandum in Support of Motion to Dismiss
    5. Affidavit of Kyle Manderfeld
    6. Proposed Order for Dismissal
    7. Meet and Confer Statement

to be sent by U.S. Mail to Plaintiff at the following address:

Kellye Strickland
6445 South Maple Avenue, Apt. 2006
Tempe, AZ  85283

                         BARNA, GUZY & STEFFEN LTD.

Dated: September 5, 2025       By:  s/Bradley A. Kletscher
                                     Bradley A. Kletscher #239355
                                     200 Coon Rapids Boulevard, Suite 400
                                     Minneapolis, MN  55433
                                     bkletscher@bgs.com
                                     (763)780-8500
                             *Attorneys for Barna, Guzy & Steffen, Ltd.*
                             *and Kyle Manderfeld*

4731736.1