UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                Plaintiff,<br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br>**LR 7.1(f) WORD COUNT<br>COMPLIANCE CERTIFICATE** |

I certify that Barna Guzy & Steffen's Memorandum in Opposition to Plaintiff's Motion for Default Judgment complies with Local Rule 7.1(f). The Memorandum contains 1,427 words, exclusive of the caption and signature block. The word count function was applied to include all text, including headings, footnotes and quotations. This document was prepared using Office 365 and is set in Times New Roman 13 pt. font.

                                            BARNA, GUZY & STEFFEN LTD.

Dated: September 15, 2025         By: s/Bradley A. Kletscher
                                                      Bradley A. Kletscher #239355
                                                      200 Coon Rapids Boulevard, Suite 400
                                                      Minneapolis, MN  55433
                                                      bkletscher@bgs.com
                                                      (763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd. and Kyle Manderfeld*

4738919.1

2