UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kellye Strickland,<br><br>                              Plaintiff,<br><br>v.<br><br>RAMSEY COUNTY,<br>a local government entity,<br>BARNA, GUZY & STEFFEN, LTD.,<br>a Minnesota professional corporation,<br>Referee JENESE LARMOUTH (Doe 1),<br>in her individual capacity,<br>Referee REBECCA ROSSOW (Doe 2),<br>in her individual capacity,<br>Referee VICTORIA ELSMORE (Doe 3),<br>in her individual capacity,<br>NICOLE RUEGER,<br>in her individual and official capacities,<br>Deputy CORINA LOYA,<br>in her official capacity only,<br>KYLE MANDERFELD (Doe 4),<br>in his individual capacity only,<br>JOHN AND JANE DOE 5-10,<br>in their individual capacities,<br><br>                              Defendants. | Case File No. 0:25-cv-02056-DWF-DJF<br><br><br><br>**CERTIFICATE OF SERVICE** |

I certify that on September 15, 2025, I caused the following:

> Defendant Barna Guzy & Steffen's Memorandum in Opposition to Plaintiff's
> Motion for Default Judgment

to be sent by U.S. Mail to Plaintiff at the following address:


Kellye Strickland
6445 South Maple Avenue, Apt. 2006
Tempe, AZ  85283

BARNA, GUZY & STEFFEN LTD.

Dated: September 5, 2025          By:  s/Bradley A. Kletscher

Bradley A. Kletscher #239355
200 Coon Rapids Boulevard, Suite 400
Minneapolis, MN  55433
bkletscher@bgs.com
(763)780-8500

*Attorneys for Barna, Guzy & Steffen, Ltd.
and Kyle Manderfeld*

4730943.1