

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse**<br>316 North Robert Street<br>Room 100<br>St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse**<br>300 South Fourth Street<br>Room 202<br>Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**<br>515 West First Street<br>Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building**<br>118 South Mill Street<br>Fergus Falls, MN 56537 |

September 16, 2025

Kellye Strickland
6445 S Maple Ave
Apt. 2006
Tempe, AZ 85283

Case No: 25-cv-2056 DWF/DJF
Case Title: Strickland v. Rueger et al

Dear Kellye Strickland:

A Clerk's Entry of Default will not be entered at this time. The parties filed Motions to Dismiss pursuant to Fed.R.Civ.P. 12(b), which are considered responses to your Complaint.

Sincerely,

**Kate M. Fogarty, Clerk**

Deputy Clerk: ACH