UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kellye Strickland,                                    Court File No.: 25-cv-02056 (DWF/DJF)

        Plaintiff,

v.                                                    **CERTIFICATE OF SERCICE**

Ramsey County, et al.,

        Defendants.

---

I, Brett Bacon, served the following:

1. Ramsey County Defendants' Motion to Dismiss;
2. Ramsey County Defendants' Notice of Hearing on Motion to Dismiss;
3. Ramsey County Defendants' Memorandum in Support of Motion to Dismiss;
4. L.R 7.1(f) Word Count Compliance Certificate;
5. Declaration of Brett Bacon;
6. Exhibits A-C;
7. [Proposed] Order to Dismiss; and
8. Notice of Appearance

upon Pro se Plaintiff, Kellye Strickland, by placing a true and correct copy of the same in an envelope addressed to said party on September 19, 2025, as follows:

  Kellye Strickland
  6445 S. Maple Ave., Apt. 2006
  Tempe, AZ 85283

which is the last known address of said party, and deposited the same, with sufficient postage prepaid, in the United States mail at Saint Paul, Minnesota. I also served the same to Plaintiff by email at her last known email address on September 3, 2025. I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Sec. 1746(2).

Dated: September 19, 2025

Ramsey County, Minnesota

*/s/ Brett Bacon*
Brett Bacon
360 Wabasha Street N., Suite #100
St. Paul, MN  55102
(651) 627-5473
brett.bacon@co.ramsey.mn.us