# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kellye Strickland, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 25-cv-02056-DWF-DJF |
| Nicole Rueger, Elizabeth Clysdale, Corina Loya, Ramsey County, Barna, Guzy & Steffen, Ltd., Jenese Larmouth, Rebecca Rossow, Victoria Elsmore, Kyle Manderfeld, and John and Jane Does 5-10, | |
| Defendant(s), | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants Elizabeth Clysdale, Victoria Elsmore, Jenese Larmouth, Rebecca Rossow, and Nicole Rueger's motion to dismiss (Doc. No. [18]) is GRANTED.

2. Defendants Corina Loya and Ramsey County's motion to dismiss (Doc. No. [27]) is GRANTED.

3. Defendant Barna, Guzy & Steffen, Ltd.'s motion to dismiss (Doc. No. [34]) is GRANTED.

4. Defendant Kyle Manderfeld's motion to dismiss (Doc. No. [36]) is GRANTED.

5. Counts II and III (Doc. No. [9]) are DISMISSED WITHOUT PREJUDICE.

6. Counts I and IV through XIII (Doc. No. [9]) are DISMISSED WITH PREJUDICE.

7. All other pending motions (Doc. Nos. [3], [72], [93], [98]) are DENIED AS MOOT.

Date: 3/4/2026                                           KATE M. FOGARTY, CLERK