**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kellye Strickland,

Civil No. 25-2056 (DWF/DJF)

Plaintiff,

v.                                                                              **ORDER**

Nicole Rueger, *in her individual and official capacities, also known as* Nikki; Elizabeth Clysdale, *Referee, in her individual capacity*; Corina Loya, *Deputy, in her official capacity only*; Ramsey County, *a local government entity*; Barna, Guzy, and Steffen, Ltd., *a Minnesota professional corporation*; Jenese Larmouth, *Referee, in her individual capacity*; Rebecca Rossow, *Referee, in her individual and official capacities*; Victoria Elsmore, *Referee, in her individual capacity*; Kyle Manderfeld, *in his individual capacity only*; and John and Jane Does 5–10, *in their individual capacities*,

Defendants.

Plaintiff Kellye Strickland has applied for *in forma pauperis* ("IFP") status on appeal. (*See* Doc. No. 106 ("IFP Application").) The Court has reviewed the IFP Application and concludes both that Strickland qualifies financially for IFP status and that the appeal is not taken in the absence of good faith. *See* 28 U.S.C. § 1915(a)(3).

**IT IS HEREBY ORDERED** that the IFP Application (Doc. No. [106]) is

**GRANTED**.

Dated: April 9, 2026                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge